IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DANIEL GALLEGOS,<br><br>    Plaintiff,<br><br>v.<br><br>ABILITY RECOVERY SERVICES, LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§    Case No. 6:22-cv-270-JDK<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice (Docket No. 7). All pending claims in this case are **DISMISSED** with prejudice pursuant to Plaintiff's request and Federal Rule of Civil Procedure 41(a)(1)(A)(i).

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **28th** day of **November, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE